**Order entered March 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00069-CV

**CITY OF DALLAS, TEXAS, Appellant**

**V.**

**KOJO NKANSAH, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13943**

## ORDER

Before the Court is appellee's March 9, 2018 unopposed first motion to extend time to file a brief. We **GRANT** the motion and extend the time to file to **April 19, 2018**.

/s/     DAVID EVANS
        JUSTICE